# Exhibit 3



FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000088951386

## BCTR Transcript
BSA: 31000088951386 and DCN:

| Filing Information | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 07/06/2016 |
| Received Date | 07/06/2016 |
| Entry Date | 07/07/2016 |
| Submission Method | Electronic batch filing |

| Person(s) Involved in Transaction(s) | |
|---|---|
| **Person Involved in Transaction 1 of 1 : GUERTIN** | |
| Person Involved Type | Person conducting transaction on own behalf |
| Individual/Organization | Individual |
| Last(or Entity) Name | GUERTIN |
| First Name | PAUL |
| Middle Initial | M |
| Gender | Male |
| Date of Birth | |
| SSN/ITIN | |
| Form(s) of Identification | |
| Address(es) | |
| Phone Number | |
| Cash In Amount | $0 |
| Cash Out Amount | $18,675 |
| Account Number(s) for Cash Out Amount | |

Page 1

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000088951386

## BCTR Transcript
### BSA: 31000088951386 and DCN:

| Amount and Type of Transaction(s) | | |
|---|---|---|
| Transaction Date | 06/25/2016 | |
| Total Cash Out | $18,675 | |
| Cash Out Types | Redemption(s) of casino chips, tokens, TITO tickets, and other gaming instruments | $18,675 |

| Activity Location | | |
|---|---|---|
| Role | Transaction location business | |
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | LAS VEGAS SANDS, LLC | |
| Alternate Name/DBA | THE VENETIAN \| THE PALAZZO | |
| EIN | ▓▓▓▓▓▓▓ | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 3355 LAS VEGAS BLVD. SOUTH |
| | | 3355 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 891098902 |
| | | 89109-8941 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Type of Financial Institution | Casino/Card club | State licensed casino |

| Filer Location | | |
|---|---|---|
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | LAS VEGAS SANDS, LLC | |
| EIN | ▓▓▓▓▓▓▓ | |
| Address | Address Type | Reporting party address |
| | Street Address | 3355 LAS VEGAS BLVD. SOUTH |
| | | 3355 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000088951386

## BCTR Transcript
### BSA: 31000088951386 and DCN:

| Filer Location | | |
|---|---|---|
| | **ZIP Code** | 891098902 |
| | | 89109-8941 - Enhanced |
| | **Country** | |
| | | US - Enhanced |
| **Contact Person/Office** | | |
| **Phone Number** | | |
| **Reviewer Signature** | | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



BSA: 31000037913638

## BCTR Transcript
BSA: 31000037913638 and DCN:

| Filing Information | |
| --- | --- |
| Type of Report | Initial Report |
| Filing Date | 12/11/2013 |
| Received Date | 12/11/2013 |
| Entry Date | 12/12/2013 |
| Submission Method | Electronic batch filing |

| Person(s) Involved in Transaction(s) | |
| --- | --- |
| **Person Involved in Transaction 1 of 1 : GUERTIN** | |
| Person Involved Type | Person conducting transaction on own behalf |
| Individual/Organization | Individual |
| Last(or Entity) Name | GUERTIN |
| First Name | PAUL |
| Gender | Unknown |
| Date of Birth | |
| SSN/ITIN | |
| Form(s) of Identification | |
| Address(es) | |
| Account Number(s) for Cash In Amount | |
| Account Number(s) for Cash Out Amount | |

Page 1

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BCTR Transcript
BSA: 31000037913638 and DCN:

BSA: 31000037913638

| Amount and Type of Transaction(s) | | |
|---|---|---|
| Transaction Date | 11/27/2013 | |
| Total Cash Out | $20,200 | |
| Cash Out Types | Redemption(s) of casino chips, tokens, TITO tickets, and other gaming instruments | $19,200 |
| | Advance(s) on credit (including markers) | $1,000 |

| Activity Location | | |
|---|---|---|
| Role | Transaction location business | |
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | LAS VEGAS SANDS LLC | |
| Alternate Name/DBA | VENETIAN/PALAZZO | |
| EIN | ▓▓▓▓▓▓ | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 3355 LAS VEGAS BLVD SOUTH |
| | | 3355 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 891098902 |
| | | 89109-8941 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Type of Financial Institution | Casino/Card club | State licensed casino |

| Filer Location | | |
|---|---|---|
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | LAS VEGAS SANDS LLC | |
| EIN | ▓▓▓▓▓▓ | |
| Address | Address Type | Reporting party address |
| | Street Address | 3355 LAS VEGAS BLVD SOUTH |
| | | 3355 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000037913638

## BCTR Transcript
### BSA: 31000037913638 and DCN:

| Filer Location | | |
|---|---|---|
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 891098902 |
| | | 89109-8941 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Contact Person/Office | | |
| Phone Number | | |
| Reviewer Signature | | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030417125

## BCTR Transcript
### BSA: 31000030417125 and DCN:

| Filing Information | |
| --- | --- |
| Type of Report | Initial Report |
| Filing Date | 07/15/2013 |
| Received Date | 07/15/2013 |
| Entry Date | 07/18/2013 |
| Submission Method | Electronic batch filing |

| Person(s) Involved in Transaction(s) | |
| --- | --- |
| **Person Involved in Transaction 1 of 1 : GUERTIN** | |
| Person Involved Type | Person conducting transaction on own behalf |
| Individual/Organization | Individual |
| Multiple Transactions | Yes |
| Last(or Entity) Name | GUERTIN |
| First Name | PAUL |
| Gender | Male |
| Date of Birth | |
| TIN Unknown | |
| TIN Type | |
| Form(s) of Identification | |
| Address(es) | |
| Cash In Amount | $10,300 |
| Account Number(s) for Cash In Amount | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## BCTR Transcript
BSA: 31000030417125 and DCN:

### Amount and Type of Transaction(s)

| | | |
|---|---|---|
| Transaction Date | 07/05/2013 | |
| Total Cash In | $10,300 | |
| Cash In Types | Other cash in: WSOP BUY IN | $1,500 |
| | Currency wager(s) (including money plays) | $8,800 |

### Activity Location

| | | |
|---|---|---|
| Role | Transaction location business | |
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | RIO PROPERTIES, INC | |
| Alternate Name/DBA | RIO SUITE HOTEL & CASINO | |
| EIN | ▉▉▉▉▉ | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 3700 W. FLAMINGO ROAD |
| | | 3700 W FLAMINGO RD - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 89103 |
| | | 89103-4043 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Type of Financial Institution | Casino/Card club | State licensed casino |

### Filer Location

| | | |
|---|---|---|
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | RIO PROPERTIES, INC | |
| EIN | ▉▉▉▉▉ | |
| Address | Address Type | Reporting party address |
| | Street Address | 3700 W. FLAMINGO ROAD |
| | | 3700 W FLAMINGO RD - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030417125

## BCTR Transcript
BSA: 31000030417125 and DCN:

| Filer Location | | |
|---|---|---|
| | ZIP Code | 89103 |
| | | 89103-4043 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Contact Person/Office | | |
| Phone Number | | |
| Reviewer Signature | | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030437270

## BCTR Transcript
BSA: 31000030437270 and DCN:

| Filing Information | |
|---:|:---|
| Type of Report | Initial Report |
| Filing Date | 07/15/2013 |
| Received Date | 07/15/2013 |
| Entry Date | 07/18/2013 |
| Submission Method | Electronic batch filing |

| Person(s) Involved in Transaction(s) | |
|---:|:---|
| Person Involved in Transaction 1 of 1 : GUERTIN | |
| Person Involved Type | Person conducting transaction on own behalf |
| Individual/Organization | Individual |
| Multiple Transactions | Yes |
| Last(or Entity) Name | GUERTIN |
| First Name | PAUL |
| Gender | Male |
| Date of Birth | |
| TIN Unknown | |
| TIN Type | |
| Form(s) of Identification | |
| Address(es) | |
| Cash Out Amount | $16,279 |
| Account Number(s) for Cash Out Amount | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030437270

## BCTR Transcript
### BSA: 31000030437270 and DCN:

| Amount and Type of Transaction(s) | | |
|---|---|---|
| Transaction Date | 07/06/2013 | |
| Total Cash Out | $16,279 | |
| Cash Out Types | Payment(s) on wager(s)/ bet(s) (Including race book, slot jackpot(s) and OTB or sports pool) | $16,279 |

| Activity Location | | |
|---|---|---|
| Role | Transaction location business | |
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | RIO PROPERTIES, INC | |
| Alternate Name/DBA | RIO SUITE HOTEL & CASINO | |
| EIN | ███████ | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 3700 W. FLAMINGO ROAD |
| | | 3700 W FLAMINGO RD - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 89103 |
| | | 89103-4043 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Type of Financial Institution | Casino/Card club | State licensed casino |

| Filer Location | | |
|---|---|---|
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | RIO PROPERTIES, INC | |
| EIN | ███████ | |
| Address | Address Type | Reporting party address |
| | Street Address | 3700 W. FLAMINGO ROAD |
| | | 3700 W FLAMINGO RD - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030437270

## BCTR Transcript
### BSA: 31000030437270 and DCN:

| Filer Location | | |
|---|---|---|
| | ZIP Code | 89103 |
| | | 89103-4043 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Contact Person/Office | | |
| Phone Number | | |
| Reviewer Signature | | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

BSA: 31000030444734

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

### BCTR Transcript
BSA: 31000030444734 and DCN:

| Filing Information | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 07/15/2013 |
| Received Date | 07/16/2013 |
| Entry Date | 07/18/2013 |
| Submission Method | Electronic batch filing |

| Person(s) Involved in Transaction(s) | |
|---|---|
| Person Involved in Transaction 1 of 1 : GUERTIN | |
| Person Involved Type | Person conducting transaction on own behalf |
| Individual/Organization | Individual |
| Multiple Transactions | Yes |
| Last(or Entity) Name | GUERTIN |
| First Name | PAUL |
| Gender | Unknown |
| Date of Birth | |
| SSN/ITIN | |
| Form(s) of Identification | |
| Address(es) | |
| Phone Number | |
| Email | |
| Cash In Amount | $12,500 |
| Account Number(s) for Cash In Amount | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030444734

## BCTR Transcript
BSA: 31000030444734 and DCN:

### Amount and Type of Transaction(s)

| | | |
|---|---|---|
| Transaction Date | 07/03/2013 | |
| Total Cash In | $12,500 | |
| Cash In Types | Currency wager(s) (including money plays) | $9,500 |
| | Purchase(s) of casino chips, tokens, and other gaming instruments | $3,000 |

### Activity Location

| | | |
|---|---|---|
| Role | Transaction location business | |
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | ARIA RESORT & CASINO HOLDINGS LLC. | |
| Alternate Name/DBA | ARIA RESORT & CASINO | |
| EIN | ▨ | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 3730 LAS VEGAS BLVD SOUTH |
| | | 3730 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 89158 |
| | | 89158-4300 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Type of Financial Institution | Casino/Card club | State licensed casino |

### Filer Location

| | | |
|---|---|---|
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | ARIA RESORT & CASINO HOLDINGS LLC. | |
| EIN | ▨ | |
| Address | Address Type | Reporting party address |
| | Street Address | 3730 LAS VEGAS BLVD SOUTH |
| | | 3730 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |

Page 2

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030444734

## BCTR Transcript
BSA: 31000030444734 and DCN:

| Filer Location | | | |
|---|---|---|---|
| | | NV - Enhanced | |
| | ZIP Code | 89158 | |
| | | 89158-4300 - Enhanced | |
| | Country | | |
| | | US - Enhanced | |
| Contact Person/Office | | | |
| Phone Number | | | |
| Reviewer Signature | | | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030229516

## BCTR Transcript
### BSA: 31000030229516 and DCN:

| Filing Information | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 07/11/2013 |
| Received Date | 07/12/2013 |
| Entry Date | 07/15/2013 |
| Submission Method | Electronic batch filing |

| Person(s) Involved in Transaction(s) | |
|---|---|
| **Person Involved in Transaction 1 of 1 : GUERTIN** | |
| Person Involved Type | Person conducting transaction on own behalf |
| Individual/Organization | Individual |
| Last(or Entity) Name | GUERTIN |
| First Name | PAUL |
| Gender | Unknown |
| Date of Birth | |
| SSN/ITIN | |
| Form(s) of Identification | |
| Address(es) | |
| Phone Number | |
| Email | |
| Cash Out Amount | $11,723 |
| Account Number(s) for Cash Out Amount | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030229516

## BCTR Transcript
### BSA: 31000030229516 and DCN:

| Amount and Type of Transaction(s) | | |
|---|---|---|
| Transaction Date | 07/02/2013 | |
| Total Cash Out | $11,723 | |
| Cash Out Types | Payment(s) on wager(s)/ bet(s) (Including race book, slot jackpot(s) and OTB or sports pool) | $11,723 |

| Activity Location | | |
|---|---|---|
| Role | Transaction location business | |
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | ARIA RESORT & CASINO HOLDINGS LLC. | |
| Alternate Name/DBA | ARIA RESORT & CASINO | |
| EIN | ▓▓▓▓▓▓ | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 3730 LAS VEGAS BLVD SOUTH |
| | | 3730 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 89158 |
| | | 89158-4300 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Type of Financial Institution | Casino/Card club | State licensed casino |

| Filer Location | | |
|---|---|---|
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | ARIA RESORT & CASINO HOLDINGS LLC. | |
| EIN | ▓▓▓▓▓▓ | |
| Address | Address Type | Reporting party address |
| | Street Address | 3730 LAS VEGAS BLVD SOUTH |
| | | 3730 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000030229516

## BCTR Transcript
BSA: 31000030229516 and DCN:

| Filer Location | | |
|---|---|---|
| | ZIP Code | 89158 |
| | | 89158-4300 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Contact Person/Office | | |
| Phone Number | | |
| Reviewer Signature | | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000029941825

### BCTR Transcript
BSA: 31000029941825 and DCN:

| Filing Information | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 07/05/2013 |
| Received Date | 07/05/2013 |
| Entry Date | 07/09/2013 |
| Submission Method | Electronic batch filing |

| Person(s) Involved in Transaction(s) | |
|---|---|
| **Person Involved in Transaction 1 of 1 : GUERTIN** | |
| Person Involved Type | Person conducting transaction on own behalf |
| Individual/Organization | Individual |
| Last(or Entity) Name | GUERTIN |
| First Name | PAUL |
| Middle Initial | M |
| Gender | Unknown |
| Date of Birth | |
| SSN/ITIN | |
| Form(s) of Identification | |
| Address(es) | |
| Cash In Amount | $0 |
| Cash Out Amount | $16,894 |

| Amount and Type of Transaction(s) | |
|---|---|
| Transaction Date | 07/01/2013 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000029941825

## BCTR Transcript
BSA: 31000029941825 and DCN:

### Amount and Type of Transaction(s)

| | | |
|---|---|---|
| Total Cash Out | $16,895 | |
| Cash Out Types | Withdrawal(s) | $16,895 |

### Activity Location

| | | |
|---|---|---|
| Role | Transaction location business | |
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | CANTOR G&W (NEVADA), L.P. | |
| Alternate Name/DBA | VENETIAN/PALAZZO | |
| EIN | | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 3355 LAS VEGAS BLVD. SOUTH |
| | | 3355 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 89109 |
| | | 89109-8941 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Type of Financial Institution | Casino/Card club | State licensed casino |
| RSSD Number | 2468 | |

### Filer Location

| | | |
|---|---|---|
| Primary Federal Regulator | IRS | |
| Legal Name of Financial Institution | CANTOR G&W (NEVADA), L.P. | |
| EIN | | |
| Address | Address Type | Reporting party address |
| | Street Address | 3355 LAS VEGAS BLVD. SOUTH |
| | | 3355 LAS VEGAS BLVD S - Enhanced |
| | City | LAS VEGAS |
| | | LAS VEGAS - Enhanced |
| | State | NV |
| | | NV - Enhanced |
| | ZIP Code | 89109 |
| | | 89109-8941 - Enhanced |

Page 2

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

BSA: 31000029941825

## BCTR Transcript
### BSA: 31000029941825 and DCN:

| Filer Location | | |
|---|---|---|
| | Country | |
| | | US - Enhanced |
| Contact Person/Office | | |
| Phone Number | | |
| Reviewer Signature | | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.