# EXHIBIT 19

**Major themes for EER Preparation:**

**ACS Portfolio**
-Special Project: Conducted survey of American Citizens arriving in the Shanghai Consular District to determine if Chinese authorities have been respecting visa reciprocity agreements. Presented findings to Assistant Secretary Janice Jacobs on her visit to Shanghai, for use in reciprocity negotiations.
-**Big Case #1:** Crash of a Charter Plan at Pudong Intl. Airport. This crash took place on a Saturday morning Shanghai time, and a rapid response was required. Coordinated with Consular Section Chief, DPO, and Duty Officer to ensure a timely Consulate response. Notified Ops Center as well. Worked with airline company (Avient Aviation) officials to identify the names and PPT#'s for the 3 deceased and one critically injured Amcit on the plane at the time of the accident. Conducted immediate hospital visit to ensure injured and unresponsive Amcit was receiving proper care and was transferred to a higher quality hospital facility. Called the family members of the 3 deceased Americans to notify them of events on the ground and facilitate autopsy/cremation arrangements and the repatriation of mortal remains. Updated P/E Officer who drafted Site Reports and coordinated with FAA officials regarding the status of the crash investigation. When injured Amcit's family arrived in Shanghai I accompanied them to the hospital and offered ACS services & support. Injured Amcit later transferred to Hong Kong, at which time I contacted HK ACS to keep them in the loop and ensure a seamless transition. Follow-up from case lasted several (3-4) weeks total.
**Note: Ambassador Huntsman was very interested in the case and requested an update the day of the crash (Sat). Emailed him a detailed update, and he responded with: "Paul, Thanks for keeping everyone in the loop on the breaking details. Much appreciated and excellent work. -Jon Huntsman"
*Kudos from CG Camp: "I was much impressed by the Consulate's quick work and smooth coordination on Sat following the plane crash at Pudong. Paul Guertin and David Ng, in particular, distinguished themselves with timely and thorough reporting, making sure that all interested offices had the information they needed to move ahead. Many thanks for your terrific teamwork."
-**Big Case #2:** Death of 21 year old Amcit in study abroad program at ECNU. Consumed several weeks of my time, coordinating between ECNU officials, PSB, the Amcit's family, and the funeral home. Went to ECNU to identify the body & made original death notification phone call to mother. Received kudos from CG Camp, who passed along a tribute written to her by CIEE Representative Justin O'Jack at ECNU, who expressed gratitude to ACS for our recent efforts on behalf of the deceased Amcit and other Amcits currently enrolled at ECNU.
-Designed and implemented customer experience surveys for regular tracking and compilation of customer feedback. Surveys allowed ACS staff to conduct constant training with LES and guide them in how to improve our level of politeness, responsiveness, and customer service. Additionally, recommendations received from surveys allowed ACS to make concrete improvements to the waiting room, appointment system, website, and increase the overall quality of service to Amcits.
-Conducted complete overhaul and update of Duty Book. Updated Duty Officer PPT and conducted presentation on duty officer responsibilities for officers from other sections and new arrivals.

-Conducted ACS "On The Road" trip to Nanjing, bringing ACS services to other parts of the Consular District and expanding our outreach. Photos of event highlighted in PAS Outreach Bulletin, and kudos received from Lisa Wishman at Main State Bureau of Education & Cultural Affairs.
-Kudos from Senate Foreign Relations Committee: " Frank Jannuzi asked me to pass along his personal compliments to Paul and the appreciation of Chairman Kerry for such a speedy response. The Committee appreciated the hard work of the Consulate on behalf of U.S. citizens." Sent in response to ACS assistance on a business dispute which spiraled out of control and endangered the life of an Amcit.
-Numerous ACS outreach presentations & duty officer presentation.

**Fraud Portfolio**
-**Major achievement:** Three week-long fraud investigation sparked by discovery of supposed parent claiming a fraudulent parent-child relationship with Amcit. Conducted follow-up fraud interview which exposed a wide network of fraudulent parents purchasing fake documents in NYC. Through the extensive use of the CCD Text Search function, I was able to link together cases and piece together the depth of this fraud ring, which has operated for at least 7 years, with the first case from way back in 2002. Subsequent three-week investigation uncovered a total of 308 fraudulent NIV applications China-wide for 230 distinct applicants. 40 fraudulent phone numbers identified, added to Watchphrase fraud database, and shared with all other China posts. I assembled a spreadsheet that broke down all of the fraudulent applicants, which were issued and refused visas, the post they interviewed at, etc. Fortunately China posts successfully identified and refused 84% of fraudulent applications at the interview window. Finally I conducted an analysis of the 16% of fraudulent applicants issued visas, and used the ADIS system to determine which of them were still illegally present in the U.S. Coordinated with ARSO to forward all the information from this fraud ring to DHS for further investigation. The final action at post involved adding 6C1 misrepresentation hits into the system for each fraudulent applicant that applied in the Shanghai Consular District.
-One of the few officers to spot fake passports at the window while conducting interviews (identified 4 fake passports on 2 separate occasions.)
-Conducted validation studies for several tour groups suspected of facilitating applicants with histories of overstaying their visas.

**FAST (First and Second Tour Officer) Steering Committee**
-Volunteered for and selected to serve on post's FAST Steering Committee with 3 other ELOs. Assumed numerous projects over 6 months of service on Committee, including planning and organizing brownbag lunches with visitors eager to meet with ELOs, as well as monthly meetings with the CG and DPO. FAST members spearheaded planning for Consular Leadership Day, including teambuilding activities designed to focus both officers and LES on the theme of Communication & Professionalism.
-Channeled Political/Economic reporting and control officer opportunities to all ELOs, worked to ensure equitable distribution of opportunities and accurate tracking mechanisms, and facilitated mentoring & training for all FAST officers.
-Project: Tasked by Consular Chief to build a comprehensive ELO Portfolio Rotation Schedule. Project will involve obtaining significant feedback and buy-in from all officers to ensure equitable distribution of officer portfolio work, and standardize 6 month portfolio schedule to ensure each officer is able to